```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
NANCY AMHAZ, on behalf of            :
herself, FLSA Collective
Plaintiffs and the Class, et al.,    :

                    Plaintiffs,      :
                                             17 Civ. 2120 (GBD)(HBP)
     -against-                       :
                                             ORDER
BOOKING.COM (USA) INC. et al.,       :

                    Defendants.      :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/17

   PITMAN, United States Magistrate Judge:

   A conference having been held on December 22, 2017, during which certain discovery disputes were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

   1. Plaintiff's motion to compel defendant Booking.Com (USA) Inc. ("defendant") to produce supplemental responses to Interrogatories 1 and 2 in plaintiffs' interrogatories is granted in part. No later than January 12, 2018, defendant is to produce the names, dates of employment, mailing addresses and telephone numbers for account managers and key account managers employed by defendant in New York during the six-year period prior to the commencement of the

action. With respect to account managers and key account managers employed by defendant outside of New York, defendants are to provide the same information for the three-year period prior to the commencement of the action. Plaintiff's motion to compel is otherwise denied without prejudice.

2. Plaintiff's motion to compel defendant to produce emails and ESI is granted to the following extent: defendant is to produce emails and ESI from the files of Michelle Vrod and Amy Acceturra to the extent that such emails or ESI refer to plaintiff. Plaintiff's motion is otherwise denied without prejudice subject to renewal at a later time.

3. Plaintiff's motion to compel defendant to produce a witness to testify on topics XI-XX in plaintiff's Fed.R.Civ.P. 30(b)(6) deposition notice to defendant is denied.

The Clerk of the Court is respectfully requested to mark Docket Items 25 and 32 as closed.

Dated: New York, New York
December 22, 2017

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

All Counsel